UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                      :        CASE NO 05-23988
                                                     CHAPTER 13
RANDOLPH K. ROARK
TONI A. MILLER-ROARK                        :        JUDGE BURTON PERLMAN
    DEBTORS
                                            :        NOTICE OF TRANSMITTAL OF
                                                     UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916635 | $156.26 |

Creditor(s)
Health Alliance
3200 Burnett Avenue
Cincinnati, Ohio 45229


                Respectfully submitted,

/s/    Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney No. OH 0038798

       Karolina F. Perr, Esq.
       Staff Attorney
       Attorney No. OH 0066193

       600 Vine Street, Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488
       (513) 621 2643 (Facsimile)
       mburks@cinn13.org - Correspondence only
       fdicesare@cinn13.org
       kperr@cinn13.org
       cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, March 24, 2010.

        /s/    Margaret A. Burks, Esq.
              Margaret A. Burks, Esq.

Health Alliance
3200 Burnett Avenue
Cincinnati, Ohio 45229

Health Alliance
P.O. Box 740117
Cincinnati, Ohio 45274

Debtor(s)
RANDOLPH K. ROARK
TONI A. MILLER-ROARK
7635 ROZELLE COURT
WEST CHESTER, OH  45069

Debtor(s) Counsel
DEARFIELD, KRUER & CO., LLC
8080 BECKETT CENTER DRIVE
SUITE 217
WEST CHESTER,, OH  45069

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)